# MEMORANDUM DECISIONS.

---

AMERICAN NEWS CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 16, 1906.) No. 77. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 142 Fed. 786. A. H. Washburn, for appellant. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Affirmed in open court.